IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DILLARD, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:87cv1187-MHT |
| TOWN OF COLLINSVILLE, | ) | (WO) |
| | ) | |
|    Defendant. | ) | |

OPINION

By prior orders (Doc. Nos. 41, 46, 48, 52, & 55), defendant Town of Collinsville was to notify the court by December 30, 2005, as to whether its single-member district plan had been precleared.  Collinsville has now submitted a motion to dismiss, representing that both Collinsville and the plaintiffs agree that it is unnecessary for the town to redistrict and, thus, that preclearance by the United States Justice Department is unnecessary.  Collinsville also agrees to pay the

plaintiffs' attorneys fees of $ 500, and the town represents that the plaintiffs do not object to the dismissal of this case.

An appropriate judgment will be entered.

DONE, this the 20th day of January, 2006.

                     /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE