IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DILLARD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:87cv1187-MHT |
| TOWN OF COLLINSVILLE, | ) | (WO) |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiffs shall have and recover from defendant City of Collinsville the amount of $ 500 for attorneys' fees.

(2) Defendant Town of Collinsville's motion to dismiss (Doc. No. 56) is granted to the extent that this lawsuit is dismissed in all other respects.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 20th day of January, 2006.**

        /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**