IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DILLARD, et al., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
|     v. | ) | CIVIL ACTION NO. |
| | ) | 2:87cv1187-MHT |
| TOWN OF COLLINSVILLE, | ) | (WO) |
| | ) | |
|     Defendant. | ) | |

OPINION

In light of the dismissal of this case, it is ORDERED that the civil contempt proceeding, set for January 30, 2006, is terminated.

DONE, this the 23rd day of January, 2006.

                                   /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE